UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| TULSA NIGHTS ENTERTAINMENT GROUP INC., | § § § | |
| *Plaintiff,* | § § | |
| v. | § § | Civil Case No. 3:25-CV-2363-X |
| EMPIRE DISTRIBUTION INC., et al., | § § § | |
| *Defendants.* | § § | |

## MEMORANDUM ORDER AND OPINION

Before the Court is Plaintiff Tulsa Nights Entertainment Group Inc.'s (Tulsa Nights) motion for reconsideration. (Doc. 63). The Court previously considered each argument raised by Tulsa Nights and is wholly unpersuaded by the reconsideration motion. Accordingly, the motion for reconsideration is **DENIED**. Because the 21-day stay has elapsed, the Court **ORDERS** the clerk's office to **IMMEDIATELY** transfer this action in its entirety to the Southern District of New York. This case is now closed.

**IT IS SO ORDERED** this 24th day of June, 2026.

BRANTLEY STARR
UNITED STATES DISTRICT JUDGE