UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

TULSA NIGHTS ENTERTAINMENT GROUP,
INC.,

                    Plaintiffs,

        -against-

EMPIRE DISTRIBUTION INC., SPOTIFY USA,
INC., and VYDIA, INC.,

                    Defendants.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED:  7/1/2026_____

26 Civ. 5317 (AT)

**ORDER**

ANALISA TORRES, District Judge:

By order dated June 24, 2026, Judge Brantley Starr of the District Court for the Northern District of Texas transferred this case to the Southern District of New York.  *See* ECF Nos. 64–65. The Court has also reviewed the letter filed by Defendant Empire Distribution Inc. at ECF No. 70. Accordingly, by **July 8, 2026**, the parties shall file a status update in this matter.  The status update shall address:

1. The current status of discovery; and
2. Whether there are any outstanding motions in this case.

By **that same date,** Plaintiff shall file response to Defendant Empire Distribution Inc.'s letter seeking an extension of time to respond to the amended complaint.  *See* ECF No. 70.

The parties are advised to review the undersigned's Individual Rules and Practices in Civil Cases, available at https://nysd.uscourts.gov/hon-analisa-torres.

SO ORDERED.

Dated: July 1, 2026
        New York, New York

_____
ANALISA TORRES
United States District Judge