USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _______________
DATE FILED: 9/10/2026

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

TULSA NIGHTS ENTERTAINMENT GROUP, INC.,

Plaintiffs,

-against-

EMPIRE DISTRIBUTION INC., SPOTIFY USA, INC., and VYDIA, INC.,

Defendants.

26 Civ. 5317 (AT)

**ORDER**

ANALISA TORRES, District Judge:

The Court has reviewed the pre-motion letter filed by Defendant and Counter-Claimant Empire Distribution, Inc., regarding its anticipated motion for judgment on the pleadings. *See* ECF No. 101. Per the undersigned's Individual Practices in Civil Cases, Rule III(A), the deadline for Plaintiff and Counter-Defendant Tulsa Nights Entertainment Group, Inc. ("Tulsa Nights") to respond was September 8, 2026. Tulsa Nights has not filed a responsive pre-motion letter.

Accordingly, by **September 15, 2026**, Tulsa Nights shall file its pre-motion letter responding to ECF No. 101.

SO ORDERED.

Dated: September 10, 2026
New York, New York

ANALISA TORRES
United States District Judge